IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00031-REB-MEH

JULIE L. VOGEL and
DAVID A. VOGEL,

      Plaintiffs,

v.

C. B. FLEET HOLDING COMPANY, INC., and
C. B. FLEET COMPANY, INC.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 8, 2009.**

      The Joint Motion for Protective Order [filed April 7, 2009; docket #31] is **granted**. The submitted Protective Order is accepted and filed contemporaneously with this minute order.